METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. 895 WEST END CORPORATION and Others, Defendants, Impleaded with DORA FREEDMAN REALTY Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY and Others, Respondents, v. WORCESTER SALT COMPANY, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [149 Misc. 431.]

In the Matter of the Application of SOL H. MILLER, Appellant, for an Order Exempting Him from Arrest in Accordance with the Provisions of the Debtor and Creditor Law of the State of New York. COMMERCIAL ENTERPRISES, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY KRAFT, Appellant, v. ARMANDO ARAUJO and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY A. GREENHALL, on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. THE GREENHALL COMPANY, INC., and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LAWRENCE E. SCHLECHTER, Respondent, v. STUART E. GIBBONEY and HENRY ALAN JOHNSTON, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GRACE E. LOWENDAHL, Respondent, v. THE BALTIMORE AND OHIO RAILROAD COMPANY and NEW YORK TRANSIT AND TERMINAL Co., LTD., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., takes no part.

GRACE E. LOWENDAHL, Appellant, v. THE BALTIMORE AND OHIO RAILROAD COMPANY and NEW YORK TRANSIT AND TERMINAL Co., LTD., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., takes no part.

In the Matter of MARGARET CHRINIAN, an Alleged Incompetent Person. EDWARD CHRINIAN, Appellant; MARGARET CHRINIAN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MORRISANIA LAUNDRY SERVICE, INC., Plaintiff, v. SAMUEL STRAUSS and MORRIS STEINFELD, Defendants, Impleaded with O-So-WHITE, INC., Respondent. ABNER H. SILVERMAN, Attorney for Plaintiff, Appellant.— Order modified by allowing set-off subject to the lien of appellant on the judgment for $324.59, the amount of the lien to be determined by the Special Term, and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WEPRIN & GLASS BUILDING CORPORATION, Respondent, v. ROSOFF SUBWAY